No. 16,953.

TOWER THEATRE CO. *v.* CONTINENTAL CONSTRUCTION CO.
(258 P. [2d] 766)

Decided June 1, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER not participating.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. F. RICHARD HITE, Mr. JAMES C. CARTER, for defendant in error.